AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## *Eastern District of Arkansas*

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*Date*

*Clerk*

_____

*(By) Deputy Clerk*